James F. Gunner, appellant, v. Charles E. Frazier et al., civil service commissioners of Chicago, and Thomas O'Connor, chief of fire department, appellees. Gen. No. 27,487.

Suit for mandamus against civil service commissioners and fire chief to have plaintiff appointed to a lieutenancy in fire department of City of Chicago. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. Donald L. Morrill, Judge, presiding. Heard in the Branch Appellate Court at the April term, 1921. Reversed and remanded with directions. Opinion filed February 16, 1923.

P. J. O'Keeffe, for appellant. Samuel A. Ettelson, for appellees; William W. Smith and Hervey C. Foster, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

The People of the State of Illinois ex rel. William E. Baldwin, appellant, v. Charles E. Frazier, civil service commissioners of Chicago, et al., appellees. Gen. No. 27,821.

Suit for mandamus to civil service commissioners and general superintendent of police of city of Chicago to have canceled certain certifications to the police force and to have three persons certified for each of eleven vacancies and appointments made from persons so certified. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and remanded with directions. Opinion filed February 16, 1923. Rehearing denied March 1, 1923.

Busch, Leesman & Roemer, for appellant. Roy D. Keehn, for appellees; Charles Center Case, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

George Snyder Crilly et al., trustees, trading as D. F. Crilly & Company, appellees, v. H. H. Newell, appellant. Gen. No. 27,198.

Action in forcible detainer. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed February 16, 1923.

King, Brower & Hurlbut, for appellant. Butler, Lamb, Foster & Pope, for appellees.

Mr. Justice Taylor delivered the opinion of the court.

---

Nicklas P. Berg, appellee, v. Fort Dearborn Fireproof Storage Company, appellant. Gen. No. 27,235.

Suit for damages for destruction of an automobile by fire through alleged negligence of employee of defendant storage company. Question, whether employee concerned was acting within scope of his authority. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed February 16, 1923.

Stebbins, Garey, L'Amoreaux & Hurtubise, for appellant. Guy M. Blake and Hart E. Baker, for appellee.

Mr. Justice Taylor delivered the opinion of the court.